UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE FEDERICO, | ) NO. EDCV 10-01361 TJH (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| TERRI GONZALEZ, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 31, 2011

/s/ Terry J. Hatter, Jr.
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE